Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FOSS MARITIME COMPANY, LLC<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NAVIGATORS INSURANCE COMPANY, a New York insurance company; ZURICH AMERICAN INSURANCE COMPANY, an Illinois insurance company; and ASCOT INSURANCE COMPANY, a New York insurance company,<br><br>　　　　　Defendants. | Case No. 2:25-cv-01791-RAJ<br><br>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |

Plaintiff Foss Maritime Company, LLC hereby dismisses its Complaint in this matter with prejudice, and without an award of costs or attorney fees to any party.

None of the defendants have filed an answer or motion for summary judgment in this action, so dismissal under Rule 41(a)(1)(i) is appropriate.

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE - 1
(Case No. 2:25-CV-01791-RAJ)

**Miller Nash LLP**
605 5th Ave S, Ste 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599

1

2         DATED this 9th day of January, 2026.

3

4         */s/ Donald B. Scaramastra*
          Donald B. Scaramastra, WSBA No. 21416
          */s/ Carolyn A. Mount*
5         Carolyn A. Mount, WSBA No. 55527
          MILLER NASH LLP
6         605 5th Ave S, Ste 900
          Seattle, WA 98104
7         Tel: (206) 777-7530
          Fax: (206) 340-9599
8         don.scaramastra@millernash.com
          carolyn.mount@millernash.com
9
10        *Attorneys for Foss Maritime Company, LLC*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE - 2
(Case No. 2:25-CV-01791-RAJ)

**Miller Nash LLP**
605 5th Ave S, Ste 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599

1 CERTIFICATE OF SERVICE

2 I hereby certify that I electronically filed the foregoing with the Clerk of the
3 Court using the CM/ECF system which will send notification of such filing to all
4 counsel of record.

5 DATED this 9th day of January, 2026.

*/s/ Kristin Martinez Clark*
Kristin Martinez Clark

CERTIFICATE OF SERVICE - 1
(Case No. 2:20-cv-01193-RSL)

**Miller Nash LLP**
605 5th Ave S, Ste 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599